IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHERMAN LYNELL THOMAS,

    Plaintiff,

v.                                                                                 CASE NO. 4:09cv1-SPM/WCS

I.B.E.W. and
JOSEPH L. ADAMS,
and THOMAS L. JOHNSON

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation (doc. 39) dated October 8, 2009. Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed a response (doc.40) that the Court will treat as an objection.

Having considered the report and recommendation and the objections, I have determined that the report and recommendation should be adopted. There is no basis for Plaintiff to name individual union officers as defendants in

this Title VII case.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 39) is ADOPTED and incorporated by reference in this order.

2. The motion to dismiss (doc. 33) is granted. The claims in Plaintiff's second amended complaint against Defendant Joseph L. Adams and Thomas L. Johnson are dismissed.

3. This case is remanded to the magistrate judge for further proceedings.

DONE AND ORDERED this 29th day of October, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge