IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHERMAN LYNELL THOMAS,

    Plaintiff,

v.                                        CASE NO. 4:09cv1-SPM/WCS

I.B.E.W.,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation (doc. 64) dated October 20, 2010. Plaintiff has filed objections (doc. 65). Having considered the report and recommendation and the objections, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 64) is ADOPTED and incorporated by reference in this order.

2.     Defendant's motion for summary judgment (doc. 51) is granted. The clerk shall enter judgment accordingly.

3.  The court reserves jurisdiction to determine whether costs and fees, including attorney fees, should be assessed against Plaintiff.

4.  Plaintiff shall have up to and including January 28, 2011, to show good cause, in writing and filed in this case, why he should not be required to pay Defendant's attorney's fees and costs, and why he should not be barred from proceeding in forma pauperis in future cases at least until he pays the costs of this case.

5.  This case is remanded to the magistrate judge for further proceedings regarding fees, costs, and Plaintiff's in forma pauperis status for future cases.

DONE AND ORDERED this 7th day of January, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge