**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**



**SHERMAN LYNELL THOMAS,**

      **Plaintiff,**

**vs.**                                   **Case No. 4:09cv1-SPM/WCS**

**I.B.E.W.,**

      **Defendant.**

_____/


## THIRD REPORT AND RECOMMENDATION

I enter a second report and recommendation, doc. 64, recommending judgment be entered in favor of the Defendant. The report and recommendation was adopted on January 7, 2011. Doc. 66. Plaintiff, who was *pro se*, in this case, was ordered to demonstrate why he should not be ordered to pay the attorney's fees and costs of the Defendant and why he should not be sanctioned. Docs. 64, 66. Plaintiff's response, which was due by January 28, 2011, see doc. 66, has been belatedly filed. Doc. 68.

Plaintiff has failed to respond or address any of the issues for which he was ordered to respond. Doc. 68. Plaintiff again attempts to argue that he has shown a genuine issue for trial and his case should be decided on the merits at trial. *Id.* Plaintiff wants his objections to the prior report and recommendation reviewed by the Chief Judge. *Id.*

Plaintiff's objections were reviewed by the Chief Judge, who is the district judge assigned to this case. Plaintiff's case was decided on the merits, and decided against Plaintiff. This case lacked merit.

Plaintiff has failed to address the issue of sanctions and failed to present any argument as to why he should not be made to pay attorney fees and costs for this case. *See* doc. 66. Additional time for Plaintiff to comply with a clear order is unnecessary.

Plaintiff has filed a number of cases in this court, none of them successful. *See* 4:08cv574-RH/WCS; 4:94cv148-MP; 4:97cv339-RH; 4:07cv347-SPM/WCS; 4:07cv357-RH/WCS; 4:09cv116-SPM/WCS; 4:09cv433-RH/WCS; and 4:92cv402-MP. Plaintiff has demonstrated a desire to continue efforts to litigate the same termination over and over. Plaintiff's actions border on harassment and may be characterized as malicious. In light of Plaintiff's failure to comply with the court order, doc. 66, and present any argument in favor of not imposing a sanction, and due to this case's lack of merit, it is hereby recommended that Plaintiff be sanctioned with the cost of the filing fee for this case, $350.00, and that he not be permitted to file any other case in this Court without full prepayment of the filing fee, unless and until Plaintiff pays the filing fee for this case.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff be sanctioned in the amount of $350.00, and that he be required to pay that amount before Plaintiff is allowed to file another case in this court with *in forma pauperis* status.

**IN CHAMBERS** at Tallahassee, Florida, on February 2, 2011.

S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.