IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHERMAN LYNELL THOMAS,

    Plaintiff,

v.                                          CASE NO. 4:09cv1-SPM/WCS

I.B.E.W.,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's Third Report and Recommendation (doc. 69) dated February 2, 2011. Plaintiff has filed a "Motion for Change of Geographic Venue" (doc. 70), which will be treated as an objection. Having considered the report and recommendation and the objection, I have determined that the report and recommendation should be adopted.

Plaintiff complains generally of adverse rulings, but he has not demonstrated any grounds for sending this case to a different court. See Lops v. Lops, 140 F.3d 927, 944 (11th Cir. 1998) (a litigant is normally required to stay in his selected forum); Loranger v. Stierheim, 10 F.3d 776, 780-81 (adverse rulings

generally will not constitute pervasive bias to warrant recusal). As noted by the magistrate judge, Plaintiff's actions in litigating the same termination over and over border on harassment and may be characterized as malicious.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 69) is ADOPTED and incorporated by reference in this order.

2. Plaintiff is sanctioned with the cost of the filing fee in this case, $350.00. Plaintiff cannot file another case in this court with in forma pauperis status until he pays the $350.00 sanction.

DONE AND ORDERED this 4th day of March, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge